PS 8  
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Western District Of Texas

FILED  
October 19, 2022  
CLERK, U.S. DISTRICT COURT  
WESTERN DISTRICT OF TEXAS  
BY: Yvette Lujan  
DEPUTY

U.S.A. vs. Litsson Antonio Perez-Gallan

Docket No. [0542 4:22CR00427]-[001]

## Petition for Action on Conditions of Pretrial Release

COMES NOW Jesse Gomez, pretrial services/probation officer, presenting an official report upon the conduct of defendant Litsson Antonio Perez-Gallan,

who was placed under pretrial release supervision by the Honorable David B. Fannin, sitting in the court at Alpine, TX on the 9 date of June, 2022 under the following conditions:

> 7(m): The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> On October 4, 2022, the defendant submitted a urine sample for drug testing at the Kentucky Western Pretrial Office in Louisville, KY. On October 17, 2022, Officer Rachel Waddle notified this office of the lab results which returned positive for methamphetamine use.

PRAYING THAT THE COURT WILL ORDER the issuance of an arrest warrant for the defendant and a hearing be heard to determine why the defendant's bond should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/18/2022

_U.S. Pretrial Services/Probation Officer_

Place Alpine, TX

ORDER OF COURT

Considered and ordered this 19th day of Oct., 2022 and ordered filed and made a part of the records in the above case.

_U.S. District Judge/Magistrate Judge_