UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | 4:22-CR-427-DC |
| | § | |
| LITSSON ANTONIO PEREZ-GALLAN, | § | |
| *Defendant.* | § | |

**Defendant's Unopposed Motion For Release**

TO THE HONORABLE DAVID COUNTS:

Litsson Perez-Gallan moves the Court to order his release from custody and in support shows:

Perez-Gallan was charged in a one-count indictment with possessing a firearm while under a domestic violence protective order in violation of 18 U.S.C. § 922(g)(8). On November 10, 2022, the Court entered an opinion dismissing the indictment. Doc. 55. As this Court held in *United States v. Quiroz*, No. 4:22-cr-104-DC, Doc. 88, after the Court's order dismissing the case, Perez "has no federal charges pending against him—and without authority to the contrary—there is nothing that requires the Court to keep Defendant detained." Because there is no longer authority to detain Perez, he moves the Court to order his release.

The undersigned has consulted with AUSA, Amy Greenbaum, who does not oppose this motion.

Respectfully submitted,

/S/ Shane O'Neal
SHANE O'NEAL
O'NEAL LAW
101 E. Avenue B
Alpine, TX 79830

1

(713) 516-3505
shane@shaneoneallaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 11th day of November 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

AUSA Amy Greenbaum

/S/ Shane O'Neal_____
SHANE O'NEAL
Attorney for Defendant

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | 4:22-CR-427-DC |
| | § | |
| LITSSON ANTONIO PEREZ-GALLAN, | § | |
| *Defendant.* | § | |

**Release Order**

Defendant is ORDERED RELESEALED.

Signed on this ___ day of November 2022.

_____
David Counts
United States District Judge