### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### PECOS DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                         **CRIM. NO. PE:22-CR-00427-DC**

**LITSSON ANTONIO PEREZ-GALLAN,**

      **Defendant.**

## NOTICE OF APPEAL

Pursuant to 18 U.S.C. § 3731, the United States of America hereby gives notice that it appeals the district court's November 10, 2022, Order granting the Defendant's motion to dismiss the indictment (Doc. No. 55) to the United States Court of Appeals for the Fifth Circuit.

                                               Respectfully submitted,

                                               ASHLEY C. HOFF
                                               UNITED STATES ATTORNEY

                         By: _____
                                               Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2022, I filed this document with the Clerk of the Court, using the CM/ECF filing system, which will cause a copy of the document to be delivered to counsel for defendant, Shane O'Neal.

_____
Assistant United States Attorney